**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**IRVING SEYMOUR,**
      **Petitioner,**

**vs.**                                  **CASE NO.: 5:07cv243/RS/MD**

**JAMES MCDONOUGH,**
      **Respondent.**

---

**O R D E R**

      This cause is before the court upon petitioner's motion to proceed *in forma pauperis* (doc. 4).  Petitioner's motion is deficient.  A complete application to proceed *in forma pauperis* includes a motion with supporting affidavit and a prisoner consent form and financial certificate with account summary attachments. While petitioner has submitted the required prisoner consent form, he has failed to include a copy of his trust fund account statement reflecting transactions in his account at the institution(s) where he was confined during the **six month period** prior to the filing of his petition.   Petitioner is reminded that it is his responsibility to obtain the required printout(s) from each institution at which he may have been confined during the past six month period.  The court will not process the petition or motion to proceed *in forma pauperis* until the printout is submitted.

      Accordingly, it is ORDERED:

      1.    Petitioner shall have **thirty (30) days** from the date of this order in which to correct the deficiency in his *in forma pauperis* application by filing a copy of his trust fund account statement reflecting transactions in his account at the institution(s) where he was confined during the **six month period** prior to the filing of this complaint, **i.e., April 10, 2007 through October 10, 2007.**  In the alternative, petitioner shall submit the $5.00 filing fee.

      2.      Failure to respond to this order as instructed will result in a recommendation of dismissal of this action for failure to prosecute and failure to comply with an order of this court.

      DONE AND ORDERED this 20th day of November, 2007.

      /s/ *Miles Davis*
      **MILES DAVIS**
      **UNITED STATES MAGISTRATE JUDGE**