**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IRVING SEYMOUR,

       Petitioner,

vs.                                   CASE NO. 5:07cv243/RS-MD

WALTER A. McNEIL, Secretary of
Florida Department Corrections,

       Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 21).

Petitioner has not filed objections.

**IT IS ORDERED**:

1.      The Magistrate Judge's Report and Recommendation is approved and

incorporated in this Order.

2.      The Petition for Writ of Habeas Corpus (Doc. 1) is **denied**.

3.      The clerk is directed to close the file.


**ORDERED** on December 18, 2008.


                    /S/ Richard Smoak_____
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**